UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANIEL RUTLEDGE,<br><br>  Plaintiff,<br><br>v.<br><br>TITLE LENDERS OF MISSOURI, INC. d/b/a Missouri Payday Loans, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>  Defendants. | Case No. 20-cv-923-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having granted the plaintiff's motion for voluntary dismissal as to some claims, and the parties having stipulated to dismissal as to others,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

  MARGARET M. ROBERTIE, Clerk of Court

**Dated:  April 27, 2021**   s/Tina Gray, Deputy Clerk


**Approved:**   s/ J. Phil Gilbert
  **J. PHIL GILBERT**
  **DISTRICT JUDGE**